IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KERIAN N. PELENAH,<br>    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-2972 |
| | : | |
| UNIVERSITY OF PENNSYLVANIA<br>HEALTH SYSTEM,<br>    Defendant. | : | |

## ORDER

AND NOW, this 27th day of January, 2026, upon consideration of Plaintiff Kerian N. Pelenah's Second Amended Complaint (ECF No. 10), it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED WITH PREJUDCE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons provided in the accompanying Memorandum.

2. No leave to amend will be granted.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
MARY KAY COSTELLO, J.